Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291

The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH REDHAND WOLF,<br><br>Defendant. | No. CR 06-0527MAT<br><br>~~(PROPOSED)~~ ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

ORDER

This matter having come before the Court on Counsels', Suzanne Lee Elliott and Harvey H. Chamberlin, request for withdrawal and substitution of counsel, and a Withdrawal of Counsel having been filed in this matter on October 5, 2006 by Suzanne Lee Elliott. Having considered the papers filed by the parties, the records and files herein, and the request of the defendant's counsel in this matter, the Court hereby grants the request to substitute counsel in this matter.

06-MJ-00527-APPR

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186

IT IS THEREFORE ORDERED:

1. That Suzanne Lee Elliott is allowed to withdraw as counsel of record for Defendant, Joseph Redhand Wolf, and the entry of appearance of Harvey H. Chamberlin is recognized.

2. That this order shall be effective, nunc pro tunc, as of October 5, 2006.

IT IS SO ORDERED this 6 day of October, 2006.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Respectfully submitted,

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
Phone (206) 623-0291
Fax (206) 623-2186
Email: suzanne-elliott@msn.com

ORDER ALLOWING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186