01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-527M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JOSEPH REDHAND WOLF, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

     Aggravated Sexual Abuse; Assault with a Dangerous Weapon

Date of Detention Hearing:    October 6, 2006

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)     Defendant is charged by complaint with causing another person to engage in a

01  sexual act by using force and threats and placing that person in fear that she would be subjected

02  to death, serious bodily injury, or kidnaping, and assaulting her with a dangerous weapon, that is,

03  a spear and a broom handle.

04        (2)     The defendant is said to be a Vietnam veteran who suffers from Post Traumatic

05  Stress disorder.  He has received treatment for this condition with the Veterans Administration.

06  He has a thirty three year criminal history that includes resisting arrest, escape, armed robbery,

07  robbery by fear, harassment, and voluntary manslaughter.  The defendant is on parole from the

08  Northern District of Oklahoma and is associated with seven alias names and two social security

09  numbers.

10        (3)     Defendant and his counsel offer no opposition to the entry of an order of detention.

11        (4)     Defendant declined to be interviewed by Pretrial Services.  Therefore, there is

12  limited information available about him.

13        (5)     The defendant poses a risk of nonappearance due to prior escape charges, lack of

14  verified background information, mental health issues, and his status on parole at the time of the

15  alleged incident.  He poses a risk of danger due to prior convictions for voluntary manslaughter,

16  armed robbery, robbery by fear, and harassment, and the nature of the current charges.

17        (6)     There does not appear to be any condition or combination of conditions that will

18  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

19  to other persons or the community.

20        It is therefore ORDERED:

21        (1)     Defendant shall be detained pending trial and committed to the custody of the

22               Attorney General for confinement in a correction facility separate, to the extent

DETENTION ORDER                                   15.13
18 U.S.C. § 3142(i)                                 Rev. 1/91
PAGE 2

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                         15.13
18 U.S.C. § 3142(i)                                                                    Rev. 1/91
PAGE 3